Serial # MEGLA 88133 1051

Re: Seneker

**STATE OF NEVADA**

**COUNTY OF CLARK**

**AFFIDAVIT OF SERVICE**

Marie A. Scheib
_____, being duly sworn, on oath says that on
(Name of Server)

__7__ / __18__ /2011 at __10__ : __05__ A M
(Date of Service)      (Time of Service)

s(he) served the attached: Summons, Complaint, & Exhibits

upon: Troy Dupuis

therein named, personally at:   2660 South Rainbow C-103
                                Las Vegas, NV 89146

by handling to and leaving with:

[ X ]  Troy Dupuis
[   ]  a person of suitable age and discretion then and there residing at the usual abode of said, Troy Dupuis

_____        _____
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me

__7__ / __20__ /2011.

_____
(Signature of Notary)

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp Dec. 2, 2012

(Signature of Server)

Marie A. Scheib R-002901

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994  F (612) 332-5215